Dennis D. Strazulo (SBN 124695)
Sara Wilson (SBN 172888)
STRAZULO FITZGERALD LLP
275 Battery Street, Suite 200
San Francisco, CA 94111
Telephone: (415) 394-9500
Facsimile: (415) 394-9501
swilson@strazlaw.com

Attorneys for Defendants
624 Post Street San Francisco, CA and
Harry H. Andrews, III

# UNITED STATES DISTRICT COURT

# NORTHERN OF CALIFORNIA

| | |
|---|---|
| DAVID SINGLETARY,<br><br>    Plaintiff,<br><br>v.<br><br>624 POST STREET, SAN FRANCISCO, CA 94109; HARRY H ANDREWS III, and DOES 1-10, inclusive.<br><br>    Defendants. | CASE NO.: CV 10 3893 EMC<br><br>STIPULATION FOR DISMISSAL WITH PREJUDICE<br><br><br>Matter assigned to:<br>Magistrate Judge Edward M. Chen |

    WHEREAS, Plaintiff DAVID SINGLETARY and Defendants 624 POST STREET, SAN FRANCISCO, CA 94109 and HARRY H ANDREWS III have reached a settlement to resolve this matter.

    IT IS HEREBY STIPULATED by the Parties, by and through their counsel of record, and

///

///

///

///

///

16814

-1-

STIPULATION FOR DISMISSAL WITH PREJUDICE

the Parties respectfully ask the Court to confirm in an Order that the matter is dismissed with prejudice.

Dated: December 7, 2010          LAW OFFICES OF THEODORE A. PINNOCK


                                 By   /s/ Theodore A. Pinnock
                                      Theodore A. Pinnock
                                      Attorneys for Plaintiff,
                                      David Singletary


Dated: December 7, 2010          STRAZULO FITZGERALD, LLP


                                 By   /s/ Sara Wilson
                                      Dennis D. Strazulo
                                      Sara Wilson
                                      Attorneys for 624 Defendants
                                      Post Street, California and Harry H. Andrews, III

IT IS SO ORDERED:

_____
Edward M. Chen
U. S. Magistrate Judge



IT IS SO ORDERED
Judge Edward M. Chen
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

16814

-2-

STIPULATION FOR DISMISSAL WITH PREJUDICE

| | |
|---|---|
| Case Name: | Singletary v. 624 Post Street, et al. |
| Case Number: | CGC-10-501112 |

## PROOF OF SERVICE

I am a citizen of the United States. My business address is 275 Battery Street, Suite 200, San Francisco, California, 94111. I am employed in the county of San Francisco where this service occurs. I am over the age of 18 years and not a party to the within cause.

On December 7, 2010, I served the following documents(s) described as:

**STIPULATION FOR DISMISSAL WITH PREJUDICE**

☒ **BY MAIL:** I am readily familiar with my employer's normal business practice of collection and processing of correspondence for mailing. Under that practice, correspondence is deposited with the U.S. Postal Service that same day in a sealed envelope(s) with postage thereon fully prepaid at San Francisco, California, in the ordinary course of business.

☐ **BY FAX:** I served said document(s) by transmitting via facsimile from facsimile number (415) 394-9501 to the facsimile number(s) set forth below, or as stated on the attached service list, on this date before 5:00 p.m. A statement that this document was successfully transmitted without error is hereby attached to the Proof of Service.

☐ **BY PERSONAL SERVICE:** I caused such envelope(s) to be delivered by hand this date to the offices of the addressee(s).

☐ **BY OVERNIGHT DELIVERY:** I caused such envelope(s) to be delivered on the same day to an authorized courier or driver or to a regular box or other facility regularly maintained by **FEDERAL EXPRESS** with delivery fees provided for, addressed to the person(s) on whom it is to be served.

on the interested party(ies) in this action addressed as follows:

Theodore A. Pinnock, Esq.
Law Offices
712 Bancroft Rd., Suite 419
Walnut Creek, CA 94598
Tel: 858/206.7931
Fax: 619/923-2913

**Attorneys for Plaintiff**

☒ **STATE:** I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

Executed on December 7, 2010, at San Francisco, California.

_____
Desiree Erspamer

15315

PROOF OF SERVICE